ANTONIO D'AMBROSIO and Others, Respondents, v. GREAT AMERICAN INSURANCE COMPANY, Appellant.— Order dismissing appeal vacated on stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HANCY DEMAY VONTHENEN, Respondent, v. LAFAYETTE W. VONTHENEN, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ORLEANS COUNTY TRUST COMPANY, Respondent, v. ALBERT MASSEY, Appellant, Impleaded with WILLIAM S. THOMPSON, Defendant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES R. DIXON, Respondent, v. TONY TALARICO, Appellant.— Motion granted and two appeals dismissed, with ten dollars costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MYRTLE B. TINNEY, Appellant, v. WILLIAM G. LEE, as President of the GRAND LODGE, BROTHERHOOD OF RAILROAD TRAINMEN, etc., Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

EDWARD L. WOLF, Appellant, v. WILLIAM G. LEE, as President of the BROTHERHOOD OF RAILROAD TRAINMEN, etc., Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ROY E. DURKIN, Respondent, v. HENRY A. HARTZNER, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JAMES VAN ALLEN, Respondent, v. SYLVESTER A. SEYMOUR, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

SAMUEL H. GREENHOUSE, Appellant, v. ROCHESTER TAXICAB COMPANY and YELLOW CAB CORPORATION, Respondents. NEW YORK STATE RAILWAYS, Appellant. LILLIAN GREENHOUSE, Appellant, v. ROCHESTER TAXICAB COMPANY and YELLOW CAB CORPORATION, Respondents. NEW YORK STATE RAILWAYS, Appellant. MARGARET GREENHOUSE, an Infant, by Her Guardian ad Litem, Appellant, v. ROCHESTER TAXICAB COMPANY and YELLOW CAB CORPORATION, Respondents. NEW YORK STATE RAILWAYS, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWARD STIEGELMEYER, Respondent, v. HENRY DEICHMILLER and Another, Appellants.— Appeal dismissed unless appellants shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

JAMES L. BRUFF and WILLIAM J. MALONEY, as Administrators, etc., of CHARLES A. BRUFF, Deceased, Respondents, v. ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Appellant.— Motion for order granting an additional allowance of costs denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

MARY D. MILLS, as Sole Administratrix, etc., of JOSEPH MILLS, Deceased, and MARY D. MILLS, Individually, Respondents, v. LAZARRE C. GIOMETTI, Appellant.— Motion for reargument denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.